1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

14

15

16

17

18

19

20

OSCAR MACHADO,

             Plaintiff,

  v.

CDCR, et al.,

             Defendants.

) CV 08-7034-CAS (SH)
)
) ORDER ADOPTING AMENDED
) REPORT AND RECOMMENDATION
) OF UNITED STATES
) MAGISTRATE JUDGE; and
) ORDER
)
)
)
)
)

21

22

23

24

     Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Amended Complaint and other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

25

     IT IS HEREBY ORDERED that:

26

     1.    The Amended Report and Recommendation is approved and adopted.

27

28

     2.    Plaintiff's Request For Leave From Default and the Appearance of Default is granted.

1

3.    Defendants' Motion to Dismiss is denied.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on the Plaintiff and counsel for Defendants.

DATED: March 28, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2