1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **OSCAR MACHADO,** | Case No. CV 08-7034 CAS (SH) |
| Plaintiff, | **ORDER** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED.**

Dated: January 19, 2012

_____
The Honorable Stephen J. Hillman

1